UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 28934
   ROGER P DORRE
   JILL A DORRE                           CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2951    SSN XXX-XX-8652
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/21/05 and confirmed on 10/24/05.

2. The case was dismissed after confirmation, 04/25/2008.

3. The Debtor paid a total of $ 20119.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 3475.00 | 158.05 | 3475.00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BRADFORD EXCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 426.68 | .00 | 295.58 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| FG TOMASIK MD | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET ORTHOPEDIC SPORTS | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 887.91 | .00 | 615.47 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY CARE PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| TRIAD FINANCIAL CORP | UNSECURED | 17176.82 | .00 | 11906.06 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 237.73 | .00 | 171.07 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED      3475.00           .00      18729.14           .00      22204.14
PRINCIPAL PAID          3475.00           .00      12988.18           .00      16463.18
INTEREST PAID            158.05           .00           .00           .00        158.05
TOTAL PAID              3633.05           .00      12988.18           .00      16621.23
```

The Debtor's attorney, JOHN C DENT                  , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     798.57 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/18/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE